Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHENHE INTERNATIONAL HOLDING GROUP CO. LIMITED d/b/a "FLOERNS"; et al., <br><br> Defendants. | Case No.: 2:23-cv-05990-JAK-JC <br> *Hon. John A. Kronstadt Presiding* <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN PARTY WITHOUT PREJUDICE** |

- 2 -

1  *TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:*

2   PLEASE TAKE NOTICE THAT Plaintiff United Fabrics International, Inc.
3  hereby dismisses Defendant Shenhe International Holding Group Co. Limited d/b/a
4  Floerns, a Hong Kong private limited company, *without prejudice* and with each
5  party bearing their own fees and costs pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i). Per
6  the aforementioned statute, no court order is required in connection with this notice
7  of dismissal.

8   This action will continue as to the remaining parties.

9

10   Respectfully submitted,

11

12  Dated: January 18, 2024   By:   */s/ Trevor W. Barrett*
                                    Trevor W. Barrett, Esq.
13                                  Benjamin F. Tookey, Esq.
14                                  DONIGER /BURROUGHS
                                    *Attorneys for Plaintiff*

15

16

17

18

19

20

21

22

23

24

25

26

27

28