| | |
|---|---|
| Trevor W. Barrett (SBN 287174) | Ziyong "Sean" Li (SBN 289696) |
| tbarrett@donigerlawfirm.com | sli@beneschlaw.com |
| Benjamin F. Tookey (SBN 330508) | Benesch, Friedlander, Coplan & Aronoff LLP |
| btookey@donigerlawfirm.com | 100 Pine Street, Suite 3100 |
| DONIGER / BURROUGHS | San Francisco, CA 94111 |
| 603 Rose Avenue | Telephone: 628.600.2250 |
| Venice, California 90291 | Facsimile: 628.211.5828 |
| Telephone: (310) 590-1820 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Zoetop Business Co., Ltd.* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENHE INTERNATIONAL HOLDING GROUP CO. LIMITED d/b/a "FLOERNS"; et al.,<br><br>Defendants.[1] | Case No. 2:23-cv-05990-JAK-JC<br><u>Hon. John A. Kronstadt Presiding</u><br><br>**JOINT STIPULATION TO DISMISS ACTION** |

---

[1] Plaintiff previously dismissed all Defendants other than Defendant Zoetop Business Co., Ltd.

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff United Fabrics International, Inc., and Defendant Zoetop Business Co., Ltd., hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).

<u>SO STIPULATED</u>.

Respectfully submitted,

Dated: August 29, 2024     By:  <u>/s/ Benjamin F. Tookey</u>
Trevor W. Barrett, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: August 29, 2024     By:  <u>/s/ Ziyong Li</u>
Ziyong "Sean" Li, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
*Attorneys for Defendant Zoetop Business Co., Ltd.*

The filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.